ACCEPTED
15-25-00206-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 2:01 PM
CHRISTOPHER A. PRINE
CLERK

Velva L. Price
District Clerk
Travis County
D-1-GN-23-005614
Rosa Oneal

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 2:01:50 PM
CHRISTOPHER A. PRINE
Clerk

CAUSE NO. D-1-GN-23-005614

| | | |
|---|---|---|
| ALPHONSE LIPKINS, ALEXANDRIA PRITCHARD, and REBECCA MURIE, *Plaintiffs,* | § § § § | IN THE DISTRICT COURT OF |
| v. | § § | TRAVIS COUNTY, TEXAS |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, *Defendant.* | § § § § | 53RD JUDICIAL DISTRICT |

## DEFENDANTS' REQUEST FOR THE CLERK'S RECORD

Defendant Texas Health and Human Services Commission ("HHSC") is appealing the Order Reversing Health and Human Services Decision and Order to the Fifteenth Court of Appeals. The Hon. Maria Cantú Hexsel signed the Order on October 15, 2025. HHSC is filing this on this same date, November 13, 2025, and will pay the clerk's fee for the preparation and filing of the clerk's record in this case. Please contact us with the invoiced amount as soon as possible so that we may deliver payment.

HHSC requests that the following documents be included in the clerk's record, as specified in Texas Rule of Appellate Procedure 34.5:

| Item No. | Date filed | Pleading or Document |
|---|---|---|
| 1. | 09/14/2023 | Plaintiff's Original Petition and Appeal of SOAH Decision and Order |
| 2. | 12/02/2024 | Defendants' Original Answer |
| 3. | 01/13/2025 | Motion for Consolidation |
| 4. | 02/06/2025 | Order Granting HHSC Motion to Consolidate |
| 5. | 07/21/2025 | Administrative Record |
| 6. | 07/24/2025 | Notice of Filing Administrative Record |
| 7. | 11/13/2025 | Defendant's Notice of Appeal |
| 8. | 11/13/2025 | Defendant's Request for the Reporter's Record |
| 9. | 11/13/2025 | Defendant's Request for Clerk's Record (this document) |
| 10. | | The court's docket sheet |
| 11. | | The certified bill of costs |

Once the clerk has determined the cost of preparing the record, the Office of the Attorney General will pay the invoice that the clerk submits.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

*/s/ Sherlyn Harper*
**SHERLYN HARPER**
State Bar No. 24093716
Assistant Attorney General
Administrative Law Division
OFFICE OF THE TEXAS ATTORNEY GENERAL
808 Travis Street, #1520
Houston, Texas 77002
Telephone: (713) 225-8913
Facsimile: (512) 320-0167
sherlyn.harper@oag.texas.gov

***Counsel for Defendant***

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on this 14th day of September 2023, on the following pro se plaintiff via the e-filing system used by the Texas courts and by e-mailing it to the email address listed by Ms. Sonnenschein in her petition:

Norman R. Ladd
SBN: 24041285
nladd@laddtxlaw.com
Prema Autry
SBN: 24082357
pautry@laddtxlaw.com
Ladd Law Firm, P.L.L.C.
223 S. Bonner Ave.
Tyler, Texas 5702
(903) 705-7211 Telephone

***Attorneys for Plaintiff***

*/s/ Sherlyn Harper*
**SHERLYN HARPER**
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Sherlyn Harper
Bar No. 24093176
catherine.hughes@oag.texas.gov
Envelope ID: 108015595
Filing Code Description: Request
Filing Description: CLERK'S RECORD REQUEST
Status as of 11/13/2025 3:44 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Prema  Autry | | pautry@laddtxlaw.com | 11/13/2025 1:30:15 PM | SENT |
| Cheryl Kuester | | ckuester@laddtxlaw.com | 11/13/2025 1:30:15 PM | SENT |
| Norman Ladd | | nladd@laddtxlaw.com | 11/13/2025 1:30:15 PM | SENT |
| Maria Rizo | | Maria.Rizo@hhs.texas.gov | 11/13/2025 1:30:15 PM | SENT |

Associated Case Party: TEXAS HEALTH AND HUMAN SERVICES COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 11/13/2025 1:30:15 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 11/13/2025 1:30:15 PM | SENT |

Associated Case Party: ALPHONSE LIPKINS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jayden Jones | | jjones@laddtxlaw.com | 11/13/2025 1:30:15 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Sherlyn Harper
Bar No. 24093176
catherine.hughes@oag.texas.gov
Envelope ID: 108779112
Filing Code Description: Other Document
Filing Description: 2025 1113_Req for Clks Rec 1
Status as of 12/5/2025 2:06 PM CST

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 12/5/2025 2:01:50 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 12/5/2025 2:01:50 PM | SENT |

Associated Case Party: Rebecca Murie

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Norman Ladd | | nladd@laddtxlaw.com | 12/5/2025 2:01:50 PM | SENT |
| Prema Autry | | pautry@laddtxlaw.com | 12/5/2025 2:01:50 PM | SENT |